979 A.2d 839

PENNSY SUPPLY, INC., Appellant

v.

McDERMITT CONCRETE, INC. a/k/a Caco Three, Inc.
and Commonwealth of Pennsylvania, Debarment
of Environmental Protection, Appellees.

Supreme Court of Pennsylvania.

Aug. 17, 2009.

## ORDER

PER CURIAM.

AND NOW, this 17th day of August, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED,** and Appellant's Application for Oral Argument is **DENIED.**